|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | UNITED STATES DISTRICT COURT | |
| 6 | WESTERN DISTRICT OF WASHINGTON AT TACOMA | |
| 7 | | |
| 8 | SCOTT LYNN BALLERING, | CASE NO. C21-5084 BHS |
|   | Plaintiff, | |
| 9 | v. | ORDER DISMISSING CASE WITHOUT PREJUDICE |
| 10 | MORGAN STANLEY LLC, et al., | |
| 11 | Defendants. | |
| 12 | | |

13  This matter comes before the Court on its own motion. Pro se Plaintiff Scott

14 Ballering filed a proposed complaint against numerous Defendants, including Morgan

15 Stanley LLC, alleging foreclosure without cause on two mortgages secured by properties

16 Ballering owned. Dkt. 1.

17  On February 2, 2021, Clerk of the Court issued a notice to Ballering informing

18 him that: (1) his filing was not properly signed in accordance with Fed. R. Civ. P. 11 and

19 Local Civil Rule 83.2; (2) per Local Civil Rule 3(b), he must either pay the filing fee or

20 submit an application to proceed *in forma pauperis*; and (3) per Local Civil Rule 3(a), he

21 must submit a Civil Cover Sheet. Dkt. 6.

22

ORDER - 1

1   Ballering did not respond to this notice and has not made any further filings.
2  Therefore, this matter is **DISMISSED without prejudice** for failure to respond to a court
3  order.
4   The Clerk shall enter a JUDGMENT and close the case.
5  **IT IS SO ORDERED.**
6  Dated this 2nd day of April, 2021.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge